**DISMISS; Opinion issued March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00494-CV

**MARILYN C. BROWN, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01898-2011**

## MEMOARANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's February 21, 2013 unopposed motion to dismiss the

appeal. Appellant informs the Court that the issue of possession has been resolved by the parties.

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120494F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARILYN C. BROWN, Appellant

No. 05-12-00494-CV      V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION A/K/A FANNIE MAE,
Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-01898-2011.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, FEDERAL NATIONAL MORTGAGE ASSOCIATION
A/K/A FANNIE MAE, recover its costs of this appeal from appellant, MARILYN C. BROWN.

Judgment entered March 7, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE